UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:19-CR-11-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RONNIE R. COLWELL, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting proceedings under Rule 11, *see* DE 30 (Minute Entry), Judge Ingram recommended that the undersigned accept Ronnie Colwell's guilty plea and adjudge him guilty of Indictment Count 1. *See* DE 31 (Recommended Disposition); *see also* DE 33 (Plea Agreement). Judge Ingram informed Defendant of his "right to object" to these recommendations and "to secure de novo review from" the undersigned. DE 31, at 2–3. Judge Ingram imposed a 3-day deadline for any such objection. *See id.* at 3. That deadline has passed, and neither Defendant nor the United States has objected.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)-(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

1

The Court thus, with no objection from any party and on full review of the record, **ADOPTS** DE 31, **ACCEPTS** Colwell's guilty plea, and **ADJUDGES** him guilty of Indictment Count 1. The Court will issue a separate sentencing order.[1]

This the 14th day of May, 2019.

Signed By:
*Robert E. Wier* /s/ REW
United States District Judge

---

[1] At the hearing, Judge Ingram remanded Colwell to custody. *See* DE 30. The Court, thus, need not further address detention, at this time.