# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Southern Division at London

UNITED STATES OF AMERICA
v.

Ronnie R. Colwell

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case No. 6:19-CR-011-REW-02
USM No. 22433-032

Thomas Paul Miceli
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory Conditions 1 & 2 of the term of supervision.
☐ was found in violation of condition(s) counts(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a crime (felony)/unlawful possession and use of a controlled substance | 10/2/2024 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7662

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
London, Kentucky

November 1, 2024
Date of Imposition of Judgment

Signed By:
*Robert E. Wier* REW
United States District Judge

Signature of Judge

Honorable Robert E. Wier, U.S. District Judge
Name and Title of Judge

November 4, 2024
Date

DEFENDANT: Ronnie R. Colwell
CASE NUMBER: 6:19-CR-011-REW-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of:

**SIXTEEN (16) MONTHS**

☒ The court repeats its original recommendations (DE 44) and makes the following added recommendations to the Bureau of Prisons:
That the defendant be designated to FMC Lexington (and if not, another FMC; Lexington proximate to family).
That the defendant be **promptly designated** to a BOP facility, to address pending serious medical treatment needs. The Court will contact BOP designation officials and does urge priority for Colwell's placement.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ____________ ☐ a.m. ☐ p.m. on ______________________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ______________________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________ to ______________________

at ______________________ with a certified copy of this judgment.

______________________
UNITED STATES MARSHAL

By ______________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Ronnie R. Colwell
CASE NUMBER: 6:19-CR-011-REW-02

## SUPERVISED RELEASE

Per the Court's Order revoking Colwell's supervised release, *see* DE 90, the Court returns Colwell to supervision, post custody, for a four (4) year term of supervision, with no credit for prior time on supervision under DE 44. The same conditions shall apply from the original judgment (DE 44), with the following modifications:

1. The Court, based on the PIR and Defendant's status at the time of sentencing, directs that Colwell participate in *inpatient* substance abuse treatment for a period of at least sixty (60) days. The USPO shall arrange that program to dovetail, without interruption or gap, with Colwell's federal release. Treatment after that program shall be subject to USPO discretion. Colwell must follow all treatment rules in any program.

2. The Court orders Colwell to submit to a drug test within 15 days of supervision commencement. USPO shall subsequently test Defendant at least twice thereafter and may test Defendant as often as **four (4) times weekly** during the supervision term. USPO may seek Court permission for more frequent testing, if warranted. USPO may re-test if any test sample is invalid.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature_______________________________________________ Date ________________________________