PROB 12C
(Rev. 6/22)

# UNITED STATES DISTRICT COURT

**for**

## EASTERN DISTRICT OF KENTUCKY

## Petition for Warrant or Summons for Person Under Supervision

Name of Person Under Supervision: Ronnie R. Colwell    Case Number: 6:19-CR-011-REW-02

Register/USM Number: 22433-032

Name of Sentencing Judicial Officer: Honorable Robert E. Wier, U.S. District Judge

Date of Original Sentence: September 12, 2019

Original Offense: 21:846 - Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance

Original Sentence: 92 months imprisonment, with four (4) years of supervised release to follow.
February 1, 2024 – Sentence of imprisonment reduced to 76 months.

Type of Supervision: Supervised Release    Date Supervision Commenced: December 9, 2025

Assistant U.S. Attorney: William Samuel Dotson    Defense Attorney: Thomas Paul Miceli

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Commission of a crime |
| 2 | Failure to notify the probation office of change in residence |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**RE: COLWELL, Ronnie R.**
**DKT: 6:19-CR-011-REW-02**
**PROB 12C**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026

Joey D. Tyler
Senior U. S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

Signature of Judicial Officer
Hanly A. Ingram, USMJ

Aug 14, 2026
Date